IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00090-RPM

DAVID W. REA, JR.,

    Plaintiff,

v.

RE/MAX, L.L.C.,

    Defendant.
_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [25] filed November 16, 2012, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney fees.

DATED:   November 19th, 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge